570 A.2d 948

NEW JERSEY MANUFACTURERS INSURANCE CO., IN EO NOMINE FOR JOHN R. SMITH v. PUBLIC SERVICE ELECTRIC & GAS CO.

JOHN R. SMITH v. PUBLIC SERVICE ELECTRIC & GAS CO.

October 3, 1989.

Petition for certification denied.   (See 234 *N.J.Super.* 116, 560 *A.*2d 117)

570 A.2d 948

MICHAEL VOLL, ET AL. v. RICK BURKE, ETC., ET AL.

October 3, 1989.

Petition for certification denied.

570 A.2d 949

GEORGE E. LONGOBARDI, JR. v. CHUBB INSURANCE COMPANY OF NEW JERSEY, ET AL.

October 3, 1989.

Petition for certification granted.   (See 234 *N.J.Super.* 2, 560 *A.*2d 68)